UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 2 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a
*Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been
filed. The time for filing an opposition or statement of support has passed. As the judge
assigned to the earliest filed case below that bears my initials, I find that the more recently filed
case(s) that I have initialed below are related to the case assigned to me, ~~and such case(s) shall be~~
~~reassigned to me.~~ Any cases listed below that are not related to the case assigned to me are
referred to the judge assigned to the next-earliest filed case for a related case determination.


**C 98-00021CRB**    **Associated Students of the University of California v Regents of the**
**University of California, et al.**


**C 05-04352 SI**    **Associated Students of the University of California at Santa Barbara v.**
**Regents of the University of California et al.**

I find that the above case is related to the case assigned to me. _CRB_

**NO ~~ORDER~~**


Counsel are instructed that all future filings in any reassigned case are to bear the initials
of the newly assigned judge immediately after the case number. Any case management
conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the
dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.
Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-
noticed by the moving party before the newly assigned judge; any deadlines set by the ADR
Local Rules remain in effect; and any deadlines established in a case management order continue
to govern, except dates for appearance in court, which will be rescheduled by the newly assigned
judge.


Dated: _10/26/2005_    _____
                       Judge Charles R. Breyer


Dated:_____    _____
                     Judge Susan Illston

Dockets.Justia.com

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _October 26, 2005_

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: _October 26, 2005_          By: _____
                                         Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)

bae

United States District Court
for the
Northern District of California
October 26, 2005


* * CERTIFICATE OF SERVICE * *



Case Number:3:98-cv-00021


Associated Students

    vs

Regents of the Univ

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Northern District of California.

That on  October 26, 2005, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.


        James E. Holst, Esq.
        University of California
        1111 Franklin St 8th Flr
        Oakland, CA  94607-5200

        David M. Birnbaum, Esq.
        University of California
        1111 Franklin St 8th Flr
        Oakland, CA  94607-5200

        Michael S. Sorgen, Esq.
        Michael S. Sorgen Law Offices
        240 Stockton St
        9th Flr
        San Francisco, CA  94108

        Amy R. Levine, Esq.
        Michael S. Sorgen Law Offices
        240 Stockton St
        9th Flr
        San Francisco, CA  94108

Richard W. Wieking, Clerk

BY: _____
     Deputy Clerk

Case 3:05-cv-04305-TEH    Document 9    Filed 10/27/2005    Page 5 of 6

RECEIVED
05 OCT 24 AM 11:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C 05 4305

BRITTANEY IRENE STEELE

Plaintiff(s),

v.

UNITED STATES OF AMERICA

Defendant(s).

CASE NO.

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

_____DAVID A. NOLD_____, an active member in good standing of the bar of

__WASHINGTON_____, whose business address and telephone number is ___NOLD & _____

ASSOCIATES, PLLC   BELLEVUE PLACE, SUITE 930   10500 NE 8TH STREET _____

BELLEVUE, WA 98004 _____ (425) 289-5555 _____,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing _BRITTANEY IRENE STEELE___,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

OCT 2 7 2005

Dated: _____

_____
United States District/~~Magistrate~~ Judge