UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 05 4305 JSW

BRITTANEY IRENE STEELE

    Plaintiff(s),

v.

UNITED STATES OF AMERICA

    Defendant(s).

CASE NO.

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    __DAVID A. NOLD__, an active member in good standing of the bar of __WASHINGTON__, whose business address and telephone number is __NOLD & ASSOCIATES, PLLC   BELLEVUE PLACE, SUITE 930   10500 NE 8TH STREET   BELLEVUE, WA 98004   (425) 289-5555__, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing __BRITTANEY IRENE STEELE__,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: OCT 27 2005

/s/ Jeffrey S. White
United States District/~~Magistrate~~ Judge