IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRITTANY I. STEELE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-04305 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Thelton E. Henderson to determine whether it is related to case number C05-2511 TEH. Any response in opposition to or in support of relating the cases must be filed with Judge Henderson by November 14, 2005.

**IT IS SO ORDERED.**

Dated: November 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE